Interim Decision #2855

MATTER OF DRENNAN

In Visa Petition Proceedings

A-24216112

*Decided by Regional Commissioner February 17, 1981*

*Matter of Drennan* was withdrawn as a precedent decision by the Immigration and Naturalization Service on April 1, 1982.